Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 23, 2018

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QIFENG LI,<br>QIWEI LI, and<br>XIAMIN HUANG,<br><br>　　　　　Defendants. | NO. CR18-124-JCC<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Conspiracy to Manufacture and Distribute Marihuana)

Beginning at a time unknown, but within the last five years, and continuing until on or about May 16, 2018, in Seattle, within the Western District of Washington, and elsewhere, the defendants, QIFENG LI, QIWEI LI, and XIAMIN HUANG, and others known and unknown, did knowingly and intentionally conspire to manufacture and distribute marihuana, a Schedule I controlled substance under Title 21, United States Code, Section 812.

It is further alleged that the conduct of QIFENG LI, QIWEI LI, and XIAMIN HUANG, as a members of the conspiracy charged in this Count, which includes the reasonably foreseeable conduct of other members of the conspiracy charged

in this Count, involved 1,000 kilograms or more of a mixture or substance containing a detectable amount of marihuana, or 1,000 or more marihuana plants regardless of weight.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## ASSET FORFEITURE ALLEGATION

*Conspiracy to Manufacture and Distribute Marihuana*

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in Count 1 of the Indictment, the defendants, QIFENG LI, QIWEI LI, and XIAMIN HUANG, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to,

1. For each defendant, a sum of money representing the proceeds that defendant obtained as a result of the offense charged in Count 1, above;

2. The real property located at 234 SW 137th Street, Burien, Washington 98166, titled in the name of Qiwei Li;

3. The real property located at 6916 South 124th Street, Seattle, Washington 98178, titled in the name of Qifeng Li;

4. The real property located at 4223 South 261st Street, Kent, Washington 98032, titled in the name of Qiwei Li;

5. The real property located at 15735 143rd Avenue South, Renton, Washington 98058, titled in the names of Qifeng Li and Xiamin Huang; and

6. The real property located at 8310 37th Avenue South, Seattle, Washington 98118, titled in the name of Beaver Creek 7, LLC.

***Substitute Assets***

If any of the above described forfeitable property, as a result of any act or omission of the defendants,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: 23 MAY 2018

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*
FOREPERSON

ANNETTE L. HAYES
United States Attorney

KATHERYN FRIERSON
Assistant United States Attorney

JOSEPH SILVIO
MARIE DALTON
Assistant United States Attorneys

INDICTMENT/LI ET AL. - 4