# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: QIFENG LI

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ 18-226            CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for 5/25/2018 @ 1:30pm

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on May 31, 2018

   Defense Attorney's Name and address: Michael E Harbeson

The estimated trial time is   8   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I. CASE STATUS

Name of Defendant: QIWEI LI

Has defendant had initial appearance in this case?  ☑ Yes    ☐ No

MJ 18-226                CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   8   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: XIAMIN HUANG

Has defendant had initial appearance in this case?  ☑ Yes  ☐ No

MJ 18-226            CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on May 31, 2018

   Defense Attorney's Name and address: Vanessa Pai-Thompson

The estimated trial time is   8   days.

(Revised March 2018)