UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>QIFENG LI,<br><br>　　　　　　　　Defendant. | Case No.  CR18-124-JCC<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　(1)　The government proffered defendant and his codefendants are involved in a large drug trafficking conspiracy that spans from the west to the east coast. The conspiracy involves financial transactions between China and this country. Defendant and the codefendants travel to China to further the conspiracy and also have family ties there.  The defendant and codefendant own or control real property here, some of which is pending sale. Additionally the alleged offense generated large sums of cash which are not fully accounted for. Defendant and the

DETENTION ORDER - 1

codefendants face significant penalties. They have an incentive and means to flee to a place outside the country.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2