THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>QIFENG LI,<br><br>        Defendant. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Qifeng Li's unopposed motion for withdrawal and substitution of counsel (Dkt. No. 47). The Court hereby GRANTS Defendant's motion. Attorney Michael Harbeson may withdraw from representing Defendant and attorney Lennard A. Nahajski, of the Nahajski Firm, may act as Defendant's counsel of record. The Court respectfully DIRECTS the Clerk to notify the parties and attorneys Harbeson and Nahajski.

DATED this 29th day of June 2018.

                                            William M. McCool
                                            Clerk of Court

                                            /s/Tomas Hernandez
                                            Deputy Clerk