UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>QIFENG LI, *et al.*,<br><br>Defendants. | CASE NO. CR18-0124-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Qifeng Li and Qiwei Li's stipulated motion to continue the trial date and pretrial motions deadline (Dkt. No. 97). Before the Court can consider the motion, all parties, including Defendant Xiamin Huang, need to join the motion.

DATED this 12th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
