# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0124-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| QIFENG LI, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motions for substitution of counsel (Dkt. Nos. 88, 89, 93, 99, 98-1, 98-2.) The Court hereby GRANTS Defendants' motions. Attorneys Barry Flegenheimer and Michelle Peterson may withdraw from representing Defendant Qiwei Li and attorneys Stacey Van Malden, Jennifer Horwitz, and Kerry Anne Swendt may act as Defendant's counsel of record. (Dkt. Nos. 89, 91, 99.) Attorney Lennard Nahajski may withdraw from representing Defendant Qifeng Li and attorneys Michael Sheinberg and Michael Martin may act as Defendant's counsel of record. (Dkt. Nos. 93, 95.) Attorney Robert Goldsmith may withdraw from representing Defendant Xiamin Huang and attorneys Stephanie Gai and Edgar L. Fankbonner may act as Defendant's counsel of record (Dkt. Nos. 98-1, 98-2.)

1    DATED this 19th day of December 2018.

2                                               William M. McCool
                                                Clerk of Court
3

4                                               s/Tomas Hernandez
                                                Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR18-0124-JCC
PAGE - 2