THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>QIFENG LI, *et al.*,<br><br>    Defendants. | CASE NO. CR18-0124-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' motion to vacate the trial date (Dkt. No. 107). Because Defendants have not formally changed their pleas and still enjoy the right to a speedy trial, the motion is DENIED. However, in light of Defendants' plans to enter guilty pleas in front of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 107 at 2), and in light of Defendants' previously-filed speedy trial waivers (Dkt. Nos. 97-1, 97-2, 103-1), the trial date is CONTINUED from March 25, 2019 to March 28, 2019 at 9:30 a.m. If the parties need a further continuance, Defendants must file speedy trial waivers.

DATED this 14th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0124-JCC
PAGE - 1